IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01814-MSK-BNB

MICHAEL CASTILLO, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

USA PARKING SYSTEMS, INC., and
CENTRAL PARKING SYSTEM, INC., both Tennessee corporations,

Defendants.

_____

**AMENDED RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
AND ORDER**
_____

This matter arises on the following:

(1) **Defendants' Motion to Dismiss** [Doc. # 12, filed 9/3/2013] (the "First Motion to Dismiss"); and

**(2)** **Defendants' Motion to Dismiss First Amended Complaint In Part** [Doc. # 16, filed 10/7/2013] (the "Second Motion to Dismiss").

I took these matters up at the scheduling conference this afternoon and made rulings and a recommendation on the record, which are incorporated here.

IT IS ORDERED that the First Motion to Dismiss [Doc. # 12] is DENIED as moot.

In addition, I respectfully RECOMMEND that the Second Motion to Dismiss [Doc. # 16] be GRANTED and that the plaintiff's Second Claim for Relief, under the Fair Labor Standards Act, be dismissed because it fails to state a claim upon which relief can be granted under the

authority of Cumbie v. Woody Woo, Inc., 596 F.3d 577 (9th Cir. 2010), and Stephenson v. All Resort Coach, Inc., 2013 WL 4519781 (D. Utah Aug. 26, 2013).[1]

Dated November 26, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colorado Dept. of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).